DIBIDALE OF LOUISIANA, INC., Plaintiff–Appellant,

v.

AMERICAN BANK & TRUST CO., NEW ORLEANS, et al., Defendants–Appellees.

Nos. 89–3601, 90–3400.

United States Court of Appeals, Fifth Circuit.

Aug. 26, 1991.

James F. Willeford, Gordon P. Serou, Jr., John H. Ryan, Ryan & Willeford, New Orleans, La., for plaintiff-appellant.

C. Berwick Duval, Jr., Sidney C. Sundbery, Duval, Funderburk, Sundbery & Lovell, Houma, La., for First National Bank of Houma.

Donna D. Fraiche, Sandra A. Vujnovich, Fred J. Cassibry, Brook, Morial, Cassibry, Fraiche & Pizza, New Orleans, La., for Whitmore & Caillouet.

PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before POLITZ, JOLLY, and JONES, Circuit Judges.*

---

* JONES, Circuit Judge, dissents as per her dissent to the original opinion.

PER CURIAM:

The paragraph of the original opinion found at 916 F.2d 300, 306–07 immediately after the citation to 116 Cong.Rec. 32124, 32125, and carrying headnote 7 identification, is deleted; the following is substituted therefor:

From the foregoing we conclude that in order to defend against an adverse summary judgment on its claim under 12 U.S.C. § 1972(1)(D), Dibidale need only allege and offer adequate summary judgment proof upon which the trier-of-fact could find that the hiring of Theriot was in fact a condition or requirement of its securing the desired loan from American Bank.

In all other respects the opinion is REINSTATED.

No judge in regular active service on the court having requested that the court be polled relative to rehearing *en banc,* the Suggestions for Rehearing En Banc are DENIED.